```
REPORT : PHRPREG                                                                                                    PAGE
                                           The University of Alabama                                           RUN DATE 26-MA
                                               Payroll Register                                                RUN TIME 04:25
                                       Payroll Id: BW   Payroll No: 21
                                       Pay Period: 24-SEP-2006 TO 07-OCT-2006

Seq Name                       Id              Pay Type              Gross          Net        Adjusted By
                                                                      YTD                       Seq     Date
 0 Sealey, James            10182600       C Original Event         1396.00        329.20
                                                                   29448.53

                                     Check/Direct Deposit Information
Type Event Date   Doc No               Bank            Account Number   Status  Coas CheckDist Dept  Adjusted By    Amount Pri
                                                                                                     Seq    Date
 D  13-OCT-2006  901015666 062005690 Regions Bank       625658984          A     A      504241                     329.20

 Deduction                         Applicable     Employee Amt  Employee YTD  Employer Amt  Employer YTD  Arrear Taken   Arrea
                                     Gross                                                                               Recovere
 001 Federal Income Tax              1204.78           86.87         1768.62         .00            .00          .00         .0
 015 FICA Tax - Old Age              1286.42           79.76         1683.01       79.76        1683.01          .00         .0
 021 FICA Tax - Medicare             1286.42           18.66          393.61       18.66         393.61          .00         .0
 031 Alabama State Withho            1286.42           42.29          879.62         .00            .00          .00         .0
 037 AL State Unemploymen            1396.00             .00             .00         .70          17.40          .00         .0
 051 State Teachers Retir            1396.00           69.80         1472.43         .00            .00          .00         .0
 052 STRS UA Match                   1396.00             .00             .00      130.67        2439.13          .00         .0
 106 Sponsored Life - BW             1396.00             .00             .00        6.00          60.00          .00         .0
 111 TRS Life $15,000 BW             1396.00             .00             .00        5.95          76.06          .00         .0
 116 Long Term Disability            1396.00             .00             .00         .43           4.30          .00         .0
 126 AD&D BW                         1396.00             .00             .00         .00            .00          .00         .0
 132 TRS Life Previous Ye            1396.00             .00             .00         .00            .00          .00         .0
 135 Imputed Life                      11.84             .00             .00         .00            .00          .00         .0
 151 BCBS Medical Insuran            1396.00          108.92         2396.24      237.23        5219.06          .00         .0
 450 Alabama Credit Union            1396.00          638.00        14036.00         .00            .00          .00         .0
 485 Parking Fees                    1396.00           12.50            25.00        .00            .00          .00         .0
 551 Action Card - BW                1396.00           10.00           100.00        .00            .00          .00         .0

Coas: A    Home Department : 504241 Building Maintenance
Position  Eff Date   C ACCI  FUND   ORGN   ACCT   PROG  ACTV  LOCN  ErnGen Sh  Hours  Gross Amount       Rate     Special
96991-00  16-AUG-2006  A     11000  504241 601810 700                020  N  1  72.00        1256.40   17.450000        .0
96991-00  16-AUG-2006  A     11000  504241 601810 700                180  N  1   8.00         139.60   17.450000        .0
```

The University of Alabama
Payroll Register
Payroll Id: BW    Payroll No: 22
Pay Period: 08-OCT-2006 TO 21-OCT-2006

| Seq Name | Id | Pay Type | Gross YTD | Net | Adjusts Seq | Adjusted By Seq Date |
|---|---|---|---|---|---|---|
| 0 Sealey, James | 10182600 | C Original Event | 1396.00  29448.53 | 265.69 | | |

| Type Event Date | Doc No | Bank | Check/Direct Deposit Information Account Number | Status | Coas | CheckDist Dept | Amount Pri |
|---|---|---|---|---|---|---|---|
| D 27-OCT-2006 | 901029680  062005690 | Regions Bank | 625658984 | A | A | 504241 | 265.69 |

| Deduction | Applicable Gross | Employee Amt | Employee YTD | Employer Amt | Employer YTD | Arrear Taken | Arrear Recovere |
|---|---|---|---|---|---|---|---|
| 001 Federal Income Tax | 1204.78 | 86.87 | 1768.62 | .00 | .00 | .00 | .0 |
| 015 FICA Tax - Old Age | 1274.58 | 79.02 | 1683.01 | 79.02 | 1683.01 | .00 | .0 |
| 021 FICA Tax - Medicare | 1274.58 | 18.48 | 393.61 | 18.48 | 393.61 | .00 | .0 |
| 031 Alabama State Withho | 1274.58 | 41.69 | 879.62 | .00 | .00 | .00 | .0 |
| 037 AL State Unemploymen | 1396.00 | .00 | .00 | .70 | 17.40 | .00 | .0 |
| 051 State Teachers Retir | 1396.00 | 69.80 | 1472.43 | .00 | .00 | .00 | .0 |
| 052 STRS UA Match | 1396.00 | .00 | .00 | 130.67 | 2439.13 | .00 | .0 |
| 151 BCBS Medical Insuran | 1396.00 | 108.92 | 2396.24 | 237.23 | 5219.06 | .00 | .0 |
| 366 Voluntary AD&D - BW | 1396.00 | 3.40 | 34.00 | .00 | .00 | .00 | .0 |
| 450 Alabama Credit Union | 1396.00 | 638.00 | 14036.00 | .00 | .00 | .00 | .0 |
| 461 Recreation Center BW | 1396.00 | 22.00 | 204.00 | .00 | .00 | .00 | .0 |
| 485 Parking Fees | 1396.00 | 12.50 | 25.00 | .00 | .00 | .00 | .0 |
| 511 United Way - BW | 1396.00 | 1.00 | 9.00 | .00 | .00 | .00 | .0 |
| 531 Higher Ed Partnershi | 1396.00 | 1.00 | 10.00 | .00 | .00 | .00 | .0 |
| 555 Membership Dues | 1396.00 | 47.63 | 248.82 | .00 | .00 | .00 | 21.6 |

Coas: A    Home Department : 504241 Building Maintenance

| Position Eff Date | C | ACCI FUND | ORGN | ACCT | PROG | ACTV | LOCN | ErnGen Sh | Hours | Gross Amount | Rate Special |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 996991-00 08-OCT-2006 | A | 11000 | 504241 | 601810 | 700 | | | 020 N 1 | 31.00 | 540.95 | 17.450000 |
| 996991-00 08-OCT-2006 | A | 11000 | 504241 | 601810 | 700 | | | 122 N 1 | 33.00 | 575.85 | 17.450000 |
| 996991-00 08-OCT-2006 | A | 11000 | 504241 | 601810 | 700 | | | 170 N 1 | 16.00 | 279.20 | 17.450000 |

Seq Name

Page 1 of 1

| Seq | Name | Id | Pay Type | Gross YTD | Net | Adjusts Seq | Adjusted By Date |
|---|---|---|---|---|---|---|---|
| 0 | Sealey, James | 10182600 | C Original Event | 1396.00 | 329.21 | | |

| Type | Event Date | Doc No | Bank | Check/Direct Deposit Information | | | |
|---|---|---|---|---|---|---|---|
| | | | | Account Number | Status | Coas | CheckDist Dept |
| D | 10-NOV-2006 | 90112475 2 062005690 | Regions Bank | 625658984 | A | A | 504241 |

Amount Pri 329.21

| Deduction | Applicable Gross | Employee Amt | Employee YTD | Employer Amt | Employer YTD | Arrear Taken | Arrear Recovere |
|---|---|---|---|---|---|---|---|
| 001 Federal Income Tax | 1204.78 | 86.87 | 1942.36 | .00 | .00 | .00 | .0 |
| 015 FICA Tax - Old Age | 1286.42 | 79.76 | 1841.79 | 79.76 | 1841.79 | .00 | .0 |
| 021 FICA Tax - Medicare | 1286.42 | 18.65 | 430.74 | 18.65 | 430.74 | .00 | .0 |
| 031 Alabama State Withho | 1286.42 | 42.29 | 963.60 | .00 | .00 | .00 | .0 |
| 037 AL State Unemploymen | 1396.00 | .00 | .00 | .70 | 18.80 | .00 | .0 |
| 051 State Teachers Retir | 1396.00 | 69.80 | 1612.03 | .00 | .00 | .00 | .0 |
| 052 STRS UA Match | 1396.00 | .00 | .00 | 130.67 | 2700.47 | .00 | .0 |
| 106 Sponsored Life - BW | 1396.00 | .00 | .00 | 6.00 | 66.00 | .00 | .0 |
| 111 TRS Life $15,000 BW | 1396.00 | .00 | .00 | .00 | .00 | .00 | .0 |
| 116 Long Term Disability | 1396.00 | .00 | .00 | 5.95 | 82.01 | .00 | .0 |
| 126 AD&D BW | 1396.00 | .00 | .00 | .43 | 4.73 | .00 | .0 |
| 132 TRS Life Previous Ye | 1396.00 | .00 | .00 | .00 | .00 | .00 | .0 |
| 135 Imputed Life | 11.84 | .00 | .00 | .00 | .00 | .00 | .0 |
| 151 BCBS Medical Insuran | 1396.00 | 108.92 | 2614.08 | 237.23 | 5693.52 | .00 | .0 |
| 450 Alabama Credit Union | 1396.00 | 638.00 | 14674.00 | .00 | .00 | .00 | .0 |
| 485 Parking Fees | 1396.00 | 12.50 | 50.00 | .00 | .00 | .00 | .0 |
| 551 Action Card - BW | 1396.00 | 10.00 | 110.00 | .00 | .00 | .00 | .0 |

Cos: A    Home Department : 504241 Building Maintenance

| Position | Eff Date | C | ACCT FUND | ORGN | ACCT | PROG | ACTV | LOCN | ErnGen | Sh | Hours | Gross Amount | Rate | Special |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 996991-00 | 08-OCT-2006 | A | 11000 | 504241 | 601810 | 700 | | | 020 | N | 15.00 | 261.75 | 17.450000 | .0 |
| 996991-00 | 08-OCT-2006 | A | 11000 | 504241 | 601810 | 700 | | | 122 | N | 46.00 | 802.70 | 17.450000 | .0 |
| 996991-00 | 08-OCT-2006 | A | 11000 | 504241 | 601810 | 700 | | | 170 | N | 3.00 | 52.35 | 17.450000 | .0 |
| 996991-00 | 08-OCT-2006 | A | 11000 | 504241 | 601810 | 700 | | | 192 | N | 16.00 | 279.20 | 17.450000 | .0 |

REPORT : PHRPREG

The University of Alabama
Payroll Register
Payroll Id: BW    Payroll No: 23
Pay Period: 22-OCT-2006 TO 04-NOV-2006

PAGE 13-FE
RUN DATE 13-FE
RUN TIME 12:23

```
REPORT : PHRPREG                                                                                    PAGE
                                          The University of Alabama                                 RUN DATE 13-FE
                                                Payroll Register                                    RUN TIME 12:28
                                    Payroll Id: BW   Payroll No: 24
                                    Pay Period: 05-NOV-2006 TO 18-NOV-2006

Seq Name                    Id              Pay Type                            Gross       Net       Adjusts  Adjusted By
                                                                                 YTD        YTD         Seq       Seq
 0 Sealey, James         10182600        C Original Event                     1396.01    1432.68                  Date
                                                                             32240.54

Type Event Date  Doc No                Bank     Check/Direct Deposit Information
  D  22-NOV-2006 901128764 062005690 Regions Bank      Account Number  Status Coas CheckDist Dept  Amount   Pri
                                                         625658984       A    A    504241         1432.68

Deduction                     Applicable    Employee Amt  Employee YTD  Employer Amt  Employer YTD  Arrear Taken  Arrea
                                Gross                                                                             Recover
001 Federal Income Tax         1204.79          86.87        1942.36         .00           .00          .00         .0
015 FICA Tax - Old Age         1274.59          79.02        1841.79       79.02         1841.79        .00         .0
021 FICA Tax - Medicare        1274.59          18.48         430.74       18.48          430.74        .00         .0
031 Alabama State Withho       1274.59          41.69         963.60         .00           .00          .00         .0
037 AL State Unemploymen       1396.01            .00            .00         .70           18.80        .00         .0
051 State Teachers Retir       1396.01          69.80        1612.03         .00           .00          .00         .0
052 STRS UA Match              1396.01            .00            .00      130.67         2700.47        .00         .0
151 BCBS Medical Insuran       1396.01         108.92        2614.08      237.23         5693.52        .00         .0
366 Voluntary AD&D - BW        1396.01           3.40          37.40         .00           .00          .00         .0
461 Recreation Center BW       1396.01          22.00         226.00         .00           .00          .00         .0
485 Parking Fees               1396.01          12.50          50.00         .00           .00          .00         .0
511 United Way - BW            1396.01           1.00          10.00         .00           .00          .00         .0
531 Higher Ed Partnershi       1396.01           1.00          11.00         .00           .00          .00         .0
555 Membership Dues            1396.01          41.11         289.93         .00           .00          .00        15.1
710 Debtors Court              1396.01         276.93         276.93         .00           .00          .00         .0
720 Garnishment 1              1100.15        -799.39        4463.75         .00           .00          .00         .0

Coas: A     Home Department : 504241 Building Maintenance
Position    Eff Date    C ACCI    FUND    ORGN   ACCT   PROG  ACTV  LOCN  ErnGen Sh Hours  Gross Amount    Rate    Special
096991-00 08-OCT-2006 A           11000  504241 601810  700              020 N 1  54.00       942.30    17.450000
096991-00 08-OCT-2006 A           11000  504241 601810  700              122 N 1   9.50       165.78    17.450000
096991-00 08-OCT-2006 A           11000  504241 601810  700              170 N 1   2.00        34.90    17.450000
096991-00 08-OCT-2006 A           11000  504241 601810  700              180 N 1   6.50       113.43    17.450000
096991-00 08-OCT-2006 A           11000  504241 601810  700              192 N 1   8.00       139.60    17.450000
```

REPORT : PHRPREG

The University of Alabama
Payroll Register
Payroll Id: BW    Payroll No: 25
Pay Period: 19-NOV-2006 TO 02-DEC-2006

PAGE          Page 1 of 1
RUN DATE 13-FE
RUN TIME 12:31

Sealey, James

| Seq Name | Id | Pay Type | Gross YTD | Net | Adjusts Seq Date | Adjusted By Seq Date |
|---|---|---|---|---|---|---|
| 0 Sealey, James | 10182600 | C Original Event | 1396.00 | 689.59 | | |

Check/Direct Deposit Information

| Bank | Account Number | Status | Coas | CheckDist Dept | Amount | Pri |
|---|---|---|---|---|---|---|
| Regions Bank | 625658984 | A | A | 504241 | 689.59 | |

| Type | Event Date | Doc No | | |
|---|---|---|---|---|
| D | 08-DEC-2006 | 90121073 | 062005690 | |

| Deduction | Applicable Gross | Employee Amt | Employee YTD | Employer Amt | Employer YTD | Arrear Taken | Arrea Recovere |
|---|---|---|---|---|---|---|---|
| 001 Federal Income Tax | 1203.85 | 86.73 | 2115.82 | .00 | .00 | .00 | .0 |
| 015 FICA Tax - Old Age | 1285.49 | 79.71 | 2000.46 | 79.71 | 2000.46 | .00 | .0 |

Sealey, James (Continued)

| Deduction | Applicable Gross | Employee Amt | Employee YTD | Employer Amt | Employer YTD | Arrear Taken | Arrea Recovere |
|---|---|---|---|---|---|---|---|
| 021 FICA Tax - Medicare | 1285.49 | 18.64 | 467.85 | 18.64 | 467.85 | .00 | .0 |
| 031 Alabama State Withho | 1285.49 | 42.25 | 1047.50 | .00 | .00 | .00 | .0 |
| 037 AL State Unemploymen | 1396.00 | .00 | .00 | .70 | 20.20 | .00 | .0 |
| 051 State Teachers Retir | 1396.00 | 69.80 | 1751.63 | .00 | .00 | .00 | .0 |
| 052 STRS UA Match | 1396.00 | .00 | .00 | 130.67 | 2961.81 | .00 | .0 |
| 106 Sponsored Life - BW | 1396.00 | .00 | .00 | 6.00 | 72.00 | .00 | .0 |
| 111 TRS Life $15,000 BW | 1396.00 | .00 | .00 | .00 | .00 | .00 | .0 |
| 116 Long Term Disability | 1396.00 | .00 | .00 | 5.95 | 87.96 | .00 | .0 |
| 126 AD&D BW | 1396.00 | .00 | .00 | .43 | 5.16 | .00 | .0 |
| 132 TRS Life Previous Ye | 1396.00 | .00 | .00 | .00 | .00 | .00 | .0 |
| 135 Imputed Life | 11.84 | .00 | .00 | .00 | .00 | .00 | .0 |
| 151 BCBS Medical Insuran | 1396.00 | 109.85 | 2833.78 | 237.23 | 6167.98 | .00 | .0 |
| 485 Parking Fees | 1396.00 | 12.50 | 75.00 | .00 | .00 | .00 | .0 |
| 551 Action Card - BW | 1396.00 | 10.00 | 120.00 | .00 | .00 | .00 | .0 |
| 710 Debtors Court | 1396.00 | 276.93 | 830.79 | .00 | .00 | .00 | .0 |

Coas: A    Home Department : 504241 Building Maintenance

| Position | Eff Date | C | ACCI | FUND | ORGN | ACCT | PROG | ACTV | LOCN | ErnGen Sh | Hours | Gross Amount | Rate | Special |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 996991-00 | 08-OCT-2006 | A | | 11000 | 504241 | 601810 | 700 | | | 020 N 1 | 56.00 | 977.20 | 17.450000 | |
| 996991-00 | 08-OCT-2006 | A | | 11000 | 504241 | 601810 | 700 | | | 150 N 1 | 16.00 | 279.20 | 17.450000 | |
| 996991-00 | 08-OCT-2006 | A | | 11000 | 504241 | 601810 | 700 | | | 180 N 1 | 8.00 | 139.60 | 17.450000 | |

```
REPORT : PHRPREG                              The University of Alabama                              PAGE    1 of 1
                                                   Payroll Register                                  RUN DATE 23-JA
                                          Payroll Id: BW   Payroll No: 26                            RUN TIME 03:57
                                          Pay Period: 03-DEC-2006 TO 16-DEC-2006
```

```
Seq Name                    Id         Pay Type                          Gross YTD    Net        Adjusts    Adjusted By
                                                                                      Seq                  Seq Date
 0  Sealey, James         10182600   C Original Event                    1396.01     647.72

                                     Check/Direct Deposit Information
                                     Bank              Account Number    Status  Coas  CheckDist Dept    Amount  Pri
 Type  Event Date    Doc No                           Regions Bank       625658984    A     A     504241  647.72
   D   21-DEC-2006  901223700 062005690                                   35032.55

Deduction                          Applicable  Employee Amt  Employee YTD  Employer Amt  Employer YTD  Arrear  Taken  Arrear
                                   Gross                                                                              Recovere
001  Federal Income Tax            1203.86      86.73         2115.82        .00           .00          .00     .0     .0
015  FICA Tax - Old Age            1273.66      78.96         2000.46       78.96         2000.46       .00     .0     .0
021  FICA Tax - Medicare           1273.66      18.47          467.85       18.47          467.85       .00     .0     .0
031  Alabama State Withho          1273.66      41.65         1047.50        .00           .00          .00     .0     .0
037  AL State Unemploymen          1396.01        .00             .00        .70           20.20        .00     .0     .0
051  State Teachers Retir          1396.01      69.80         1751.63        .00           .00          .00     .0     .0
052  STRS UA Match                 1396.01        .00             .00      130.67         2961.81       .00     .0     .0
151  BCBS Medical Insuran          1396.01     109.85         2833.78      237.23         6167.98       .00     .0     .0
366  Voluntary AD&D - BW           1396.01       3.40           40.80        .00           .00          .00     .0     .0
461  Recreation Center BW          1396.01      22.00          248.00        .00           .00          .00     .0     .0
485  Parking Fees                  1396.01      12.50           75.00        .00           .00          .00     .0     .0
511  United Way - BW               1396.01       1.00           11.00        .00           .00          .00     .0     .0
531  Higher Ed Partnershi          1396.01       1.00           12.00        .00           .00          .00     .0     .0
555  Membership Dues               1396.01      26.00          315.93        .00           .00          .00     .0     .0
710  Debtors Court                 1396.01     276.93          830.79        .00           .00          .00     .0     .0
```

```
Earns: A          Home Department : 504241  Building Maintenance
Position   Eff Date    C ACCI   FUND   ORGN    ACCT   PROG  ACTV  LOCN  ErnGen Sh  Hours  Gross Amount  Rate       Special
096991-00  08-OCT-2006  A       11000  504241  601810 700              020 N 1    70.50  1230.23       17.450000
096991-00  08-OCT-2006  A       11000  504241  601810 700              170 N 1     1.50    26.18       17.450000
096991-00  08-OCT-2006  A       11000  504241  601810 700              180 N 1     8.00   139.60       17.450000
```

Case 07-70565-CMS13  Doc 6  Filed 04/06/07  Entered 04/06/07 11:37:43  Desc Main
Document    Page 7 of 13

```
REPORT : PHRPREG                          The University of Alabama                                    Page 1 of 1
                                              Payroll Register                                         RUN DATE 24-JA
                                    Payroll Id: BW    Payroll No: 1                                    RUN TIME 10:26
                                  Pay Period: 17-DEC-2006 TO 30-DEC-2006
```

Sealey, Glenda M (Continued)

| Position | Eff Date | C | ACCI | FUND | ORGN | ACCT | PROG | ACTV | LOCN | ErnGen Sh | Hours | Gross Amount | Rate | Special |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 999256-00 | 06-NOV-2006 | A | | 11000 | 219101 | 601510 | 400 | | 150 N 1 | | 46.50 | 464.07 | 9.980000 | |

| Seq | Name | | | | Id | Pay Type | | | Gross YTD | | Net | Adjusts Seq | Adjusted By Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | Sealey, James | | | | 10182600 | C Original Event | | | 1396.00 2792.00 | | 691.74 | | |

| Type | Event Date | Doc No | | | Bank | | Account Number | | Status | Coas | CheckDist Dept | Amount Pri |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-JAN-2007 | 901230600 | 062005690 | | Regions Bank | | 625658984 | | A | A | | 504241 | 691.74 |

Check/Direct Deposit Information

| Deduction | Applicable Gross | Employee Amt | Employee YTD | Employer Amt | Employer YTD | Arrear Taken | Arrear Recover |
|---|---|---|---|---|---|---|---|
| 001 Federal Income Tax | 1203.85 | 85.29 | 170.58 | .00 | .00 | .00 | .0 |
| 015 FICA Tax - Old Age | 1285.49 | 79.70 | 158.67 | 79.70 | 158.67 | .00 | .0 |
| 021 FICA Tax - Medicare | 1285.49 | 18.64 | 37.11 | 18.64 | 37.11 | .00 | .0 |
| 031 Alabama State Withho | 1285.49 | 41.55 | 82.51 | .00 | .00 | .00 | .0 |
| 037 AL State Unemploymen | 1396.00 | .00 | .00 | .70 | 1.40 | .00 | .0 |
| 051 State Teachers Retir | 1396.00 | 69.80 | 139.60 | .00 | .00 | .00 | .0 |
| 052 STRS UA Match | 1396.00 | .00 | .00 | 130.67 | 261.34 | .00 | .0 |
| 106 Sponsored Life - BW | 1396.00 | .00 | .00 | 6.00 | 6.00 | .00 | .0 |
| 111 TRS Life $15,000 BW | 1396.00 | .00 | .00 | .00 | .00 | .00 | .0 |
| 116 Long Term Disability | 1396.00 | .00 | .00 | 5.95 | 5.95 | .00 | .0 |
| 126 AD&D BW | 1396.00 | .00 | .00 | .43 | .43 | .00 | .0 |
| 132 TRS Life Previous Ye | 1396.00 | .00 | .00 | .00 | .00 | .00 | .0 |
| 135 Imputed Life | 11.84 | .00 | .00 | .00 | .00 | .00 | .0 |
| 151 BCBS Medical Insuran | 1396.00 | 109.85 | 219.70 | 237.23 | 474.46 | .00 | .0 |
| 485 Parking Fees | 1396.00 | 12.50 | 25.00 | .00 | .00 | .00 | .0 |
| 551 Action Card - BW | 1396.00 | 10.00 | 10.00 | .00 | .00 | .00 | .0 |
| 710 Debtors Court | 1396.00 | 276.93 | 553.86 | .00 | .00 | .00 | .0 |

Coas: A   Home Department : 504241 Building Maintenance

| Position | Eff Date | C | ACCI | FUND | ORGN | ACCT | PROG | ACTV | LOCN | ErnGen Sh | Hours | Gross Amount | Rate | Special |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 096991-00 | 08-OCT-2006 | A | | 11000 | 504241 | 601810 | 700 | | 020 N 1 | 16.00 | 279.20 | 17.450000 | |
| 096991-00 | 08-OCT-2006 | A | | 11000 | 504241 | 601810 | 700 | | 150 N 1 | 48.00 | 837.60 | 17.450000 | |
| 096991-00 | 08-OCT-2006 | A | | 11000 | 504241 | 601810 | 700 | | 170 N 1 | 8.00 | 139.60 | 17.450000 | |
| 096991-00 | 08-OCT-2006 | A | | 11000 | 504241 | 601810 | 700 | | 230 N 1 | 8.00 | 139.60 | 17.450000 | |

```
REPORT : PHRPREG                      The University of Alabama                           PAGE      1 of 1
                                          Payroll Register                            RUN DATE  17-JA
                                 Payroll Id: BW   Payroll No: 2                       RUN TIME  09:04
                              Pay Period: 31-DEC-2006 TO 13-JAN-2007

Seq Name                   Id         Pay Type                      Gross YTD    Net        Adjusts   Adjusted By
                                                                                            Seq  Date Seq  Date
 0 Sealey, James          10182600    C Original Event              1396.00     649.83
                                                                    2792.00

Type Event Date  Doc No              Bank             Check/Direct Deposit Information
  D 19-JAN-2007 900121248 062005690 Regions Bank     Account Number  Status Coas CheckDist Dept  Amount Pri
                                                     625658984        A     A    504241          649.83

Deduction                     Applicable  Employee Amt  Employee YTD  Employer Amt  Employer YTD  Arrear Taken  Arrear Recovere
                                Gross
001 Federal Income Tax         1203.85       85.29         170.58          .00           .00           .00            .0
015 FICA Tax - Old Age         1273.65       78.97         158.67         78.97        158.67          .00            .0
021 FICA Tax - Medicare        1273.65       18.47          37.11         18.47         37.11          .00            .0
031 Alabama State Withho       1273.65       40.96          82.51           .00           .00          .00            .0
037 AL State Unemploymen       1396.00         .00            .00           .70          1.40          .00            .0
051 State Teachers Retir       1396.00       69.80         139.60           .00           .00          .00            .0
052 STRS UA Match              1396.00         .00            .00        130.67        261.34          .00            .0
151 BCBS Medical Insuran       1396.00      109.85         219.70        237.23        474.46          .00            .0
366 Voluntary AD&D - BW        1396.00        3.40           3.40           .00           .00          .00            .0
461 Recreation Center BW       1396.00       22.00          22.00           .00           .00          .00            .0
485 Parking Fees               1396.00       12.50          25.00           .00           .00          .00            .0
511 United Way - BW            1396.00        1.00           1.00           .00           .00          .00            .0
531 Higher Ed Partnershi       1396.00        1.00           1.00           .00           .00          .00            .0
555 Membership Dues            1396.00       26.00          26.00           .00           .00          .00            .0
```

```
REPORT : PHRPREG                                The University of Alabama                                        PAGE     1 of 1
                                                    Payroll Register                                          RUN DATE 31-JA
                                             Payroll Id: BW   Payroll No: 3                                   RUN TIME 11:58
                                         Pay Period: 14-JAN-2007 TO 27-JAN-2007

Seq Name                    Id          Pay Type                  Gross        Net     Adjusts                Adjusted By
                                                                  YTD                  Seq      Date          Seq    Date
0  Sealey, James            10182600    C Original Event         1396.01      700.89
                                                                 4188.01

Type Event Date    Doc No                    Bank          Check/Direct Deposit Information
D   02-FEB-2007  90131613 7 062005690 Regions Bank         Account Number   Status Coas CheckDist Dept  Amount     Pri
                                                           625658984         A      A   504241          700.89

                     Applicable    Employee    Employee      Employer    Employer                              Arrea
Deduction            Gross         Amt         YTD           Amt         YTD        Arrear  Taken   Recovere
001 Federal Income Tax      1216.36    87.17    257.75         .00         .00         .00    .00         .0
015 FICA Tax - Old Age      1298.00    80.47    239.14       80.47      239.14         .00    .00         .0
021 FICA Tax - Medicare     1298.00    18.82     55.93       18.82       55.93         .00    .00         .0
031 Alabama State Withho    1298.00    42.08    124.59         .00         .00         .00    .00         .0
037 AL State Unemploymen    1396.01      .00       .00         .70        2.10         .00    .00         .0
051 State Teachers Retir    1396.01    69.80    209.40         .00         .00         .00    .00         .0
052 STRS UA Match           1396.01      .00       .00      130.67      392.01         .00    .00         .0
106 Sponsored Life - BW     1396.01      .00       .00        6.00       12.00         .00    .00         .0
111 TRS Life $15,000 BW     1396.01      .00       .00         .00         .00         .00    .00         .0
116 Long Term Disability    1396.01      .00       .00        5.95       11.90         .00    .00         .0
126 AD&D BW                 1396.01      .00       .00         .43         .86         .00    .00         .0
132 TRS Life Previous Ye      11.84      .00       .00         .00         .00         .00    .00         .0
135 Imputed Life            1396.01      .00       .00         .00         .00         .00    .00         .0
151 BCBS Medical Insuran    1396.01   109.85    329.55      237.23      711.69         .00    .00         .0
551 Action Card - BW        1396.01    10.00     20.00         .00         .00         .00    .00         .0

Sealey, James (Continued)

Deduction                       Applicable    Employee    Employee YTD   Employer Amt   Employer YTD   Arrear Taken   Arrea
                                Gross         Amt                                                                     Recovere
710 Debtors Court               1396.01       276.93       830.79          .00            .00            .00          .0

Coas: A    Home Department : 504241  Building Maintenance
Position   Eff Date   C ACCI  FUND    ORGN    ACCT    PROG    ACTV   LOCN   ErnGen Sh  Hours    Gross Amount    Rate        Special
996991-00  08-OCT-2006  A     11000   504241  601810  700                          020 N   1    51.50   898.68     17.450000
996991-00  08-OCT-2006  A     11000   504241  601810  700                          150 N   1     8.00   139.60     17.450000
996991-00  08-OCT-2006  A     11000   504241  601810  700                          170 N   1     4.50    78.53     17.450000
996991-00  08-OCT-2006  A     11000   504241  601810  700                          180 N   1    16.00   279.20     17.450000
```

| Seq | Name | Id | Pay Type | Gross YTD | Net | Adjusts Seq | Date | Page 1 of 1 Adjusted By Seq Date |
|---|---|---|---|---|---|---|---|---|
| 0 | Sealey, James | 10182600 | C Original Event | 1396.00 | 658.98 | | | |

Event Date　Doc No　Bank　Check/Direct Deposit Information
16-FEB-2007　900218710　062005690 Regions Bank　Account Number 625658984　Status A　Coas A　CheckDist 504241　Dept　Amount 658.98　Pri

| Deduction | Applicable Gross | Employee Amt | Employee YTD | Employer Amt | Employer YTD | Arrear Taken | Arrea Recovere |
|---|---|---|---|---|---|---|---|
| 001 Federal Income Tax | 1216.35 | 87.16 | 344.91 | .00 | .00 | .00 | .0 |
| 015 FICA Tax - Old Age | 1286.15 | 79.74 | 318.88 | 79.74 | 318.88 | .00 | .0 |
| 021 FICA Tax - Medicare | 1286.15 | 18.65 | 74.58 | 18.65 | 74.58 | .00 | .0 |
| 031 Alabama State Withho | 1286.15 | 41.49 | 166.08 | .00 | .00 | .00 | .0 |
| 037 AL State Unemploymen | 1396.00 | .00 | .00 | .70 | 2.80 | .00 | .0 |
| 051 State Teachers Retir | 1396.00 | 69.80 | 279.20 | .00 | .00 | .00 | .0 |
| 052 STRS UA Match | 1396.00 | .00 | .00 | 130.67 | 522.68 | .00 | .0 |
| 151 BCBS Medical Insuran | 1396.00 | 109.85 | 439.40 | 237.23 | 948.92 | .00 | .0 |
| 366 Voluntary AD&D - BW | 1396.00 | 3.40 | 6.80 | .00 | .00 | .00 | .0 |
| 461 Recreation Center BW | 1396.00 | 22.00 | 44.00 | .00 | .00 | .00 | .0 |
| 511 United Way - BW | 1396.00 | 1.00 | 2.00 | .00 | .00 | .00 | .0 |
| 531 Higher Ed Partnershi | 1396.00 | 1.00 | 2.00 | .00 | .00 | .00 | .0 |
| 555 Membership Dues | 1396.00 | 26.00 | 52.00 | .00 | .00 | .00 | .0 |
| 710 Debtors Court | 1396.00 | 276.93 | 1107.72 | .00 | .00 | .00 | .0 |

Earns: A　Home Department : 504241 Building Maintenance

| Condition | Eff Date | C | ACCI | FUND | ORGN | ACCT | PROG | ACTV | LOCN | ErnGen | Sh | Hours | Gross Amount | Rate | Special |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0991-00 | 08-OCT-2006 | A | | 11000 | 504241 | 601810 | 700 | | | 020 | N 1 | 52.00 | 907.40 | 17.450000 | |
| 0991-00 | 08-OCT-2006 | A | | 11000 | 504241 | 601810 | 700 | | | 170 | N 1 | 4.00 | 69.80 | 17.450000 | |
| 0991-00 | 08-OCT-2006 | A | | 11000 | 504241 | 601810 | 700 | | | 180 | N 1 | 24.00 | 418.80 | 17.450000 | |

REPORT : PHRPREG　　　　The University of Alabama　　　　PAGE
　　　　　　　　　　　　　Payroll Register　　　　　　　　RUN DATE 13-FE
　　　　　　　　　　　Payroll Id: BW　Payroll No: 4　　　RUN TIME 04:28
　　　　　　　Pay Period: 28-JAN-2007 TO 10-FEB-2007

```
REPORT : PHRPREG                        The University of Alabama                                              PAGE
                                            Payroll Register                                           RUN DATE 01-MA
                                        Payroll Id: BW   Payroll No: 5                                 RUN TIME 08:03
                                     Pay Period: 11-FEB-2007 TO 24-FEB-2007
```

```
                                                                                                                              Page 1 of 1
Seq Name                        Id           Pay Type                  Gross              Net         Adjusts             Adjusted By
                                                                        YTD               Seq           Date               Seq   Date
  0 Sealey, James             10182600    C Original Event             1396.00           700.88
                                                                       6980.01

Type Event Date    Doc No                Bank                    Check/Direct Deposit Information
  D  02-MAR-2007   903022768 062005690 Regions Bank              Account Number   Status Coas CheckDist Dept  Amount    Pri
                                                                   625658984        A    A    504241         700.88
```

```
Deduction                          Applicable    Employee Amt  Employee YTD   Employer Amt  Employer YTD   Arrear Taken    Arrea
                                   Gross                                                                                   Recovere
001 Federal Income Tax             1216.35           87.16        432.07           .00           .00          .00            .0
015 FICA Tax - Old Age             1297.99           80.48        399.36         80.48         399.36         .00            .0
021 FICA Tax - Medicare            1297.99           18.82         93.40         18.82          93.40         .00            .0
031 Alabama State Withho           1297.99           42.08        208.16           .00           .00          .00            .0
037 AL State Unemploymen           1396.00             .00            .00          .70          3.50          .00            .0
051 State Teachers Retir           1396.00           69.80        349.00            .00           .00         .00            .0
052 STRS UA Match                  1396.00             .00            .00       130.67        653.35          .00            .0
106 Sponsored Life - BW            1396.00             .00            .00         6.00         18.00          .00            .0
111 TRS Life $15,000 BW            1396.00             .00            .00           .00          .00          .00            .0
116 Long Term Disability           1396.00             .00            .00         5.95         17.85          .00            .0
126 AD&D BW                        1396.00             .00            .00          .43          1.29          .00            .0
132 TRS Life Previous Ye           1396.00             .00            .00           .00          .00          .00            .0
135 Imputed Life                     11.84             .00            .00           .00          .00          .00            .0
151 BCBS Medical Insuran           1396.00          109.85        549.25        237.23       1186.15          .00            .0
551 Action Card - BW               1396.00           10.00         30.00            .00          .00          .00            .0
710 Debtors Court                  1396.00          276.93       1384.65            .00          .00          .00            .0
```

```
Sealey, James (Continued)

Koas: A      Home Department : 504241 Building Maintenance
Position     Eff Date    C ACCT   FUND    ORGN    ACCT    PROG   ACTV   LOCN     ErnGen Sh    Hours    Gross Amount    Rate         Special
096991-00    08-OCT-2006 A        11000   504241  601810  700                    020 N    1    70.00       1221.50    17.450000
096991-00    08-OCT-2006 A        11000   504241  601810  700                    170 N    1    10.00        174.50    17.450000
```

```
Seq Name                     Id         Pay Type                                                                      Gross       Net       Adjusts              Page 1 of 1
                                                                                                                       YTD                   Seq     Date        Adjusted By
                                                                                                                                                                 Seq     Date
0 Sealey, James              10182600   C Original Event                                                              1396.01    1766.70
                                                                                                                      8376.02

Type Event Date   Doc No                                                Bank                Check/Direct Deposit Information
D    09-MAR-2007 903092876 062005690 Regions Bank                                          Account Number    Status Coas CheckDist Dept    Amount   Pri
                                                                                           625658984          A     A    504241            1766.70

Deduction                        Applicable    Employee Amt   Employee YTD    Employer Amt   Employer YTD   Arrear Taken         Arrea
                                 Gross                                                                                           Recovere
001 Federal Income Tax           1216.36          87.17         519.24           .00            .00            .00                  .0
015 FICA Tax - Old Age           1286.16          79.74         479.10          79.74         479.10           .00                  .0
021 FICA Tax - Medicare          1286.16          18.65         112.05          18.65         112.05           .00                  .0
031 Alabama State Withho         1286.16          41.49         249.65            .00            .00           .00                  .0
037 AL State Unemploymen         1396.01            .00            .00            .70           4.20           .00                  .0
051 State Teachers Retir         1396.01          69.80         418.80            .00            .00           .00                  .0
052 STRS UA Match                1396.01            .00            .00         130.67         784.02           .00                  .0
151 BCBS Medical Insuran         1396.01         109.85         659.10         237.23        1423.38           .00                  .0
366 Voluntary AD&D - BW          1396.01           3.40          10.20            .00            .00           .00                  .0
461 Recreation Center BW         1396.01          22.00          66.00            .00            .00           .00                  .0
511 United Way - BW              1396.01           1.00           3.00            .00            .00           .00                  .0
531 Higher Ed Partnershi         1396.01           1.00           3.00            .00            .00           .00                  .0
555 Membership Dues              1396.01          26.00          78.00            .00            .00           .00                  .0
710 Debtors Court                1396.01        -830.79         553.86            .00            .00           .00                  .0

Class: A          Home Department : 504241 Building Maintenance
Condition  Eff Date   C ACCI  FUND   ORGN    ACCT    PROG   ACTV   LOCN  ErnGen Sh  Hours   Gross Amount    Rate       Special
099991-00  08-OCT-2006 A       11000  504241  601810  700                020 N  1   69.50   1212.78         17.450000
099991-00  08-OCT-2006 A       11000  504241  601810  700                170 N  1    8.00    139.60         17.450000
099991-00  08-OCT-2006 A       11000  504241  601810  700                230 N  1    2.50     43.63         17.450000
```

file://P:\Payroll Register\Bi-Weekly 2007\BWRP06.htm

REPORT : PHRPREG                    The University of Alabama                                    PAGE
                                         Payroll Register                                        RUN DATE 07-MA
                                    Payroll Id: BW  Payroll No: 6                                RUN TIME 08:08
                                Pay Period: 25-FEB-2007 TO 10-MAR-2007

4/4/2007

```
REPORT : PHRPREG                          The University of Alabama                              PAGE
                                               Payroll Register                              RUN DATE 28-MA
                                    Payroll Id: BW   Payroll No: 7                           RUN TIME 09:19
                                    Pay Period: 11-MAR-2007 TO 24-MAR-2007
```

```
                                                                                                              Page 1 of 1
Seq Name                    Id         Pay Type                          Gross           Net       Adjusts    Adjusted By
                                                                          YTD                       Seq Date  Seq Date
0 Sealey, James          10182600    C Original Event                   1396.00        989.31

Type Event Date   Doc No                                 Bank             Check/Direct Deposit Information
                                                                         Account Number    Status Coas CheckDist Dept  Amount   Pri
D  30-MAR-2007  900332732 062005690 Regions Bank                           625658984         A     A      504241       989.31
```

```
Deduction               Applicable    Employee Amt  Employee YTD  Employer Amt  Employer YTD  Arrear Taken   Arrea
                         Gross                                                                              Recovere
001 Federal Income Tax  1216.35          87.16         606.40        .00            .00          .00          .0
```

Sealey, James (Continued)

```
Deduction                  Applicable    Employee Amt  Employee YTD  Employer Amt  Employer YTD  Arrear Taken   Arrea
                            Gross                                                                              Recovere
015 FICA Tax  - Old Age    1286.15         79.74        558.84         79.74         558.84         .00         .0
021 FICA Tax  - Medicare   1286.15         18.65        130.70         18.65         130.70         .00         .0
031 Alabama State Withho   1286.15         41.49        291.14           .00            .00         .00         .0
037 AL State Unemploymen   1396.00            .00           .00           .70           4.90        .00         .0
051 State Teachers Retir   1396.00         69.80        488.60           .00            .00         .00         .0
052 STRS UA Match          1396.00            .00           .00        130.67         914.69        .00         .0
151 BCBS Medical Insuran   1396.00        109.85        768.95        237.23        1660.61         .00         .0
```

Coas: A    Home Department : 504241 Building Maintenance

```
Position    Eff Date  C ACCI  FUND   ORGN   ACCT   PROG  ACTV  LOCN    ErnGen Sh  Hours   Gross Amount    Rate    Special
96991-00   08-OCT-2006 A      11000  504241 601810 700              020 N 1       36.00    628.20       17.450000
96991-00   08-OCT-2006 A      11000  504241 601810 700              150 N 1       40.00    698.00       17.450000
96991-00   08-OCT-2006 A      11000  504241 601810 700              170 N 1        4.00     69.80       17.450000
```