C. David Cottingham, Standing Chapter 13 Trustee
Northern District of Alabama
Western Division
P.O. Drawer 020588
Tuscaloosa, AL 35402
(205) 758-8595

TO EMPLOYER TO CEASE REMITTING

TO:  UNIVERSITY OF ALABAMA
P.O. BOX 870128
ATTN: PAYROLL DEPT
TUSCALOOSA, AL 35487-


Date:  01/23/2009

Chapter 13 Case Number:  07-70565-CMS13

Debtor:  JAMES LEE SEALEY

Debtor's Social Security Number:  ###-##-1627


Gentlemen:

Please cease making deductions from the wages of the above captioned debtor unless subsequently Directed to do so.

Thank you for your cooperation.


Very truly yours,

/s/ C. David Cottingham
C. David Cottingham
Standing Chapter 13 Trustee


CDC/rgt

cc:  JAMES LEE SEALEY
Employer
Attorney:  ERIC WILSON
Clerk, U.S. Bankruptcy Court